FILED

2020 NOV -9 AM II: 47

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT CALIF.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR-19-259-JCC   2 0 MJ 0 5 4 5 0 |
| v. | |
| RYAN HERNANDEZ | |
| | DECLARATION RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: ARREST WARRANT

in the WESTERN                           District of WASHINGTON                    on 10/15/2020

at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 10/15/2020

in violation of Title 18 _____ U.S.C., Section(s) 3583

to wit: _____

A warrant for defendant's arrest was issued by: QUACH,ANDY DEPUTY CLERK

Bond of $ NONE _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                         Date

_____
Signature of Agent

ZULMA MACHADO
_____
Print Name of Agent

USMS
_____
Agency

DSO
_____
Title