FILED

2020 NOV -9 AM 11:47

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | CR-19-259-JCC |
| RYAN HERNANDEZ | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 49881-086  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

20MJ05450

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/09/2020 @ 11:00    ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583 PRETRIAL VIOLATION

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: MUTE/ NO SIGN LANGUAGE

7. Year of Birth: 1999

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): _____

11. Name: ZULMA MACHADO   (please print)

12. Office Phone Number: 213-620-8325    13. Agency: USMS

14. Signature: _____    15. Date: DSO

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION