UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

Case No. __MJ 20-5450__   Date: __11/9/20__

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

Interpreter: N/A

| Marlene Ramirez | Chia Mei | Varun Behl |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Ryan Hernandez | X | X | | Sara Caplan | X | ✓ | X |

**Proceedings:** (IN CHAMBERS) MANDATORY RULE 5(f) ORDER

In accordance with the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States is ordered to produce exculpatory evidence to the Defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in adverse consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.