Sara L. Caplan, SBN 147271
3550 Wilshire Blvd., #1130
Los Angeles, CA 90010
Phone: 310-550-5877

FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2020
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 20MJ5450 |
| v. | |
| Ryan Hernandez | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Sara L. Caplan _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

11/9/2020
*Date*

Ryan Hernandez per SLC
*Defendant's Signature*

Los Angeles, CA
*City and State*

## APPEARANCE OF COUNSEL

I, Sara L. Caplan _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

11/9/2020
*Date*

*Attorney's Signature*

147271
*California State Bar Number*

3550 Wilshire Blvd., # 1130
*Street Address*

Los Angeles, CA  90010
*City, State, Zip Code*

310-550-5877          310-362-0411
*Telephone Number*   *Fax Number*

saralcaplan@gmail.com
*E-mail Address*

CR-14 (01/07)          **DESIGNATION AND APPEARANCE OF COUNSEL**